# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Ro Cher Enterprises, Inc.

                                          Plaintiff,

v.                                                                       Case No.: 1:23−cv−16056

                                                                       Honorable Steven C. Seeger

U.S. Environmental Protection Agency, et al.

                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 29, 2024:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the joint initial status report. (Dckt. No. [18]) The parties are engaged in an administrative proceeding. The parties must file a status report in that administrative proceeding by March 12, 2024. The parties must keep the Court apprised of any important developments in the administrative proceeding. The Court will keep a watchful eye out for the decision by the Supreme Court in Jarkesy v. SEC. This Court will defer dispositive motions until the Supreme Court issues its decision. The Court takes the motion for a preliminary injunction under advisement. The Court directs the parties to engage in good faith settlement discussions, and file a status report by March 31, 2024. Mailed notice (ags)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.