UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Ro Cher Enterprises, Inc.

                                        Plaintiff,

v.                                                                   Case No.: 1:23−cv−16056
                                                                                   Honorable Steven C. Seeger

U.S. Environmental Protection Agency, et al.

                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 8, 2024:

      MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the joint status report. (Dckt. No. [20]) The parties have obtained an extension of time in the administrative proceeding. The parties must keep the Court apprised of any material developments. In the meantime, the Court awaits the decision by the Supreme Court in Jarksey. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.