IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **RO CHER ENTERPRISES, INC.**, <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,** ET AL., <br><br> Defendants. | **CASE NO. 1:23-CV-16056** <br><br> JUDGE STEVEN C. SEEGER <br> MAGISTRATE JUDGE HEATHER K. MCSHAIN |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**
**(FED. R. CIV. P. 41(a)(1)(A)(ii))**

Plaintiff Ro Cher Enterprises, Inc., and Defendants U.S. Environmental Protection Agency, et al., pursuant to Federal Rule 41(a)(1)(A)(ii), notify this Court of the voluntary dismissal of this action.

On June 12, 2024, the judicial hearing officer for U.S. Environmental Protection Agency Region 5 entered the parties' consent agreement and final order, concluding the administrative proceeding docketed as number TSCA-05-2023-0004.

Accordingly, the parties stipulate to the voluntary dismissal of this action, without prejudice, with each side to bear its own costs and fees. *See* Fed. R. Civ. P. 41(a)(1)(B).

- 2 -

Dated:  June 18, 2024.

Respectfully submitted,

| | |
|---|---|
| s/ Phillip R. Dupré | s/ Oliver J. Dunford |
| Phillip R. Dupré | Oliver J. Dunford |
| U.S. Department of Justice | Pacific Legal Foundation |
| Environment & Natural Resources Div. | 4440 PGA Boulevard, Suite 307 |
| PO Box 7611 | Palm Beach Gardens, FL 33410 |
| Washington DC 20044 | 916.503.9060 |
| 202-598-9530 | odunford@pacificlegal.org |
| Phillip.R.Dupre@usdoj.gov | N.D. Ill. Bar No. 1017791 |
| Texas Bar No. 24069650 | |
| | Molly E. Nixon |
| *Attorney for Defendants* | Pacific Legal Foundation |
| | 3100 Clarendon Boulevard, Suite 1000 |
| | Arlington, VA 22201 |
| | 202.888.6881 |
| | mnixon@pacificlegal.org |
| | New York Bar No. 5023940* |
| | |
| | *\*Admitted Pro Hac Vice* |
| | |
| | *Attorneys for Plaintiff* |
| | *Ro Cher Enterprises, Inc.* |